IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOHN DOE**,

    *Plaintiff*,

v.

**TEMPLE UNIVERSITY**,

    *Defendant.*

**Case No. 2:23-cv-04433-JDW**

## ORDER

**AND NOW**, this 26th day of February, 2024, upon consideration of Plaintiff's Motion To Proceed Via Pseudonym (ECF No. 9) and Motion To File Redacted Brief, Affidavit, And Exhibits Under Seal (ECF No. 8), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion To Proceed Via Pseudonym (ECF No. 9) is **DENIED**;

2. Plaintiff shall file a second amended complaint, disclosing his name, on or before March 1, 2024;

3. Plaintiff's Motion To File Redacted Brief, Affidavit, And Exhibits Under Seal (ECF No. 8) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is **GRANTED** with respect to Exhibits A-1 thru A-3; and

    b. The Motion is **DENIED** in all other respects; and

4. On or before March 1, 2024, Plaintiff shall file unredacted versions of his supporting brief, affidavit, and Exhibits A-4 thru A-6 and A-8 to the Motion To Proceed Via Pseudonym the on the public docket.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.