IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XU HAN | : | CIVIL ACTION |
| v. | : | |
| TEMPLE UNIVERSITY | : | NO. 23-cv-4433 |

## **MOTION AND ORDER**

AND NOW, this 16th day of September 2024, the Court having received an email request from all parties to request for a conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE