IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XU HAN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TEMPLE UNIVERSITY,**<br><br>*Defendant.* | **Case No. 2:23-cv-04433-JDW** |

### ORDER

**AND NOW**, this 29th day of October, 2024, it is **ORDERED** as follows:

1. The Parties may not reschedule the depositions of the following witnesses without leave of Court: (a) Alan Izenman; (b) Sandra Foehl; (c) Steven Balsam; (d) Ronald Anderson; (e) Aubrey Kent; (f) Sanat Sarkar; and (g) Gregory Mandel.

2. The Parties shall schedule the depositions of the following witnesses by November 8, 2024: (a) Crystal Harold; (b) Ram Mudambi; (c) Joseph DuCette; (d) Erin Palmer; and (e) Marylouise Esten. In scheduling these depositions, the Parties (and their Counsel) shall make their best effort to ensure that the depositions are scheduled to occur by November 27, 2024.

3. On November 12, 2024, the Parties shall submit a joint letter via email to Chambers_of_Judge_Wolson@paed.uscourts.gov that identifies the remaining deponents and the corresponding dates on which their depositions will take place. After sending that

letter, the Parties may not reschedule those depositions without first obtaining leave of Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.