## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**XU HAN,**

    *Plaintiff,*

  v.

**TEMPLE UNIVERSITY,**

    *Defendant.*

**Case No. 2:23-cv-04433-JDW**

## ORDER

**AND NOW**, this 10th day of December, 2024, upon review of a letter from Xu Han requesting to extend certain deadlines and representing that Temple University does not oppose his request, it is **ORDERED** that my prior Scheduling Order (ECF No. 26) is **AMENDED** as follows.

1. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before January 24, 2025.

2. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before February 21, 2025.

3. The Parties shall complete all discovery by March 14, 2025.

4. Motions for summary judgment, if any, shall be filed by April 25, 2025. Motions for summary judgment and responses shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure. **<u>I will not grant any further extensions of these deadlines.</u>**

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.