IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XU HAN,** <br><br> *Plaintiff,* <br><br> v. <br><br> **TEMPLE UNIVERSITY,** <br><br> *Defendant.* | **Case No. 2:23-cv-04433-JDW** |

## ORDER

**AND NOW**, this 27th day of January, 2025, upon consideration of an email from counsel for Defendant requesting a three business-day extension to submit affirmative expert reports currently due on January 24, 2025, and a corresponding three business-day extension of the rebuttal expert deadline, it is **ORDERED** that my prior Order (ECF No. 34) is **AMENDED** as follows.

1. Each Party shall serve affirmative expert reports, if any, on or before January 29, 2025; and

2. Each Party shall serve any rebuttal expert reports on or before February 26, 2025.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.