IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XU HAN,**  *Plaintiff,*  v.  **TEMPLE UNIVERSITY,**  *Defendant.* | **Case No. 2:23-cv-04433-JDW** |

### ORDER

**AND NOW**, this 1st day of May, 2025, upon consideration of an unopposed email from counsel for Plaintiff Xu Han requesting an extension of the deadline to file Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 37), it is **ORDERED** that Plaintiff's response to Defendant's Motion for Summary Judgment shall be filed on or before May 16, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.