## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XU HAN**, *Plaintiff,* v. **TEMPLE UNIVERSITY**, *Defendant.* | **Case No. 2:23-cv-04433-JDW** |

### ORDER

**AND NOW**, this 1st day of October, 2025, upon consideration of Temple University's Motion For Summary Judgment (ECF No. 37), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.